UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

ELIJAH JIMENEZ,

Petitioner,

v. No. 5:26-CV-00172-H

LUBBOCK COUNTY DETENTION CENTER,

Respondent.

**ORDER**

Petitioner filed this petition for writ of habeas corpus under 28 U.S.C. § 2241 to challenge his pretrial detention in the Lubbock County Detention Center. Dkt. No. 1. He did not pay the filing fee or file a properly supported motion to proceed *in forma pauperis*. Recently, he filed a handwritten letter to inform the Court that he has signed a plea agreement, even though he still disagrees with the charge. Dkt. No. 6. In any event, he asserts that he wants to dismiss his case here "for more th[a]n one reason," including his pending transfer to TDCJ for a short-term, residential program as part of his plea agreement. *Id.*

Federal Rule of Civil Procedure 41(a) permits a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer. Rule 41(a) may be applied in a habeas proceeding. *See* Rule 11 of the Rules Governing Section 2254 Cases; *Kramer v. Butler*, 845 F.2d 1291, 1294 (5th Cir. 1988). The Court finds that Petitioner's correspondence serves as a self-executing notice of voluntary dismissal under Rule 41(a).

The Clerk is directed to close this case and terminate any pending motions. Petitioner is advised that if he refiles his claims, he must file a new petition on the appropriate form and either pay the $5 filing fee or file a motion to proceed *in forma pauperis* with a certificate of his inmate trust account.

So ordered.

Dated September 23, 2026.

JAMES WESLEY HENDRIX
United States District Judge